UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No. 11-CR-0199

AMY L. RICHARDS,

    Defendant, and

STEP INDUSTRIES,

    Garnishee-Defendant.

---

## AGREED FINAL ORDER IN GARNISHMENT
---

    Upon consideration of the parties' stipulation for Final Order in Garnishment, by which the defendant and garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing, as to the garnishment,

    IT IS HEREBY ORDERED, that the garnishee-defendant shall pay to the plaintiff $20.00 per pay period of the debtor's earnings, by sending a check or money order made payable to the United States District Court and mailing the check or money order to the U.S. District Clerk of Court, 362 Federal Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202. Payments shall continue until the unpaid balance is fully paid and satisfied or until the defendant is no longer employed by STEP Industries.

    Dated this   15th   day of January, 2014.

                                          s/ William C. Griesbach
                                          WILLIAM C. GRIESBACH, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT